**DISMISS; and Opinion Filed June 27, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01484-CV

### JOHN W. SMITH, Appellant
### V.
### COTTAGES AT HICKORY CROSSING, LLC, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-05504-E**

## MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Pedersen, III

Appellant's brief in this case is overdue. By postcard dated May 28, 2019, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

181484F.P05

/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

JOHN W. SMITH, Appellant

No. 05-18-01484-CV     V.

COTTAGES AT HICKORY CROSSING, LLC, Appellee

On Appeal from the County Court at Law No. 5, Dallas County, Texas

Trial Court Cause No. CC-18-05504-E.

Opinion delivered by Justice Pedersen, III. Justices Whitehill and Partida-Kipness participating.

    In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 27th day of June, 2019.